**E-FILED**
Friday, 04 October, 2013 08:10:20 AM
Clerk, U.S. District Court, ILCD

# United States District Court

OCT 3 2013

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____ CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | CASE NUMBER: 13 - MJ - 6062 |
| SHANE L. ELDER | |
| 17308 N. Rt. 91, Princeville, IL | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 10, 2013 through May 20, 2013 in Peoria County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

by computer and by using a means of interstate commerce, being the internet, knowingly distributed and attempted to distribute child pornography as defined by Title 18, United States Code, Section 2256(8), said child pornography consisting of digital image files depicting minor girls engaged in sexually explicit activity,

in violation of 18 United States Code, Section(s) 2252A(a)(2)(A) and (b)(1)

I further state that I am a(n) USSS Special Federal Officer Jeff Avery and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:

s/Jeff Avery

USSS Special Federal Officer Jeff Avery
_____
Name of Complainant                    Signature of Complainant

Sworn to before me and subscribed in my presence,
s/Chief Judge James E. Shadid

                                           at   Peoria, Illinois
                                                City and State
Date  10 - 3 - 13

Hon. James E. Shadid
Chief, United States District Court Judge
_____          _____
Name & Title of Judicial Officer              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

## AFFIDAVIT

I, SFO Jeff Avery, being duly sworn on oath state the following:

1. I am a Deputy Sheriff with the Peoria County Sheriff's Department (PCSD) and I have been employed in that capacity since 1989. I am currently a detective assigned to investigate child exploitation offenses. I have been involved with child exploitation cases and become familiar with various investigative techniques including vehicle and residential searches, executing arrest and search warrants, various types of surveillance, undercover operations, and debriefing defendants, witnesses and informants. I am also a Special Federal Officer of the United States Secret Service (USSS) internet crimes against children working group based at the Peoria, Illinois, USSS Office. As part of this USSS group, I have conducted state and federal investigations involving computer crimes and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants involving the seizure and examination of computers and other digital media. I have had specialized training and certification as a computer forensic examiner.

2. This affidavit is based upon information I have gained from my investigation of this case and my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purposes of supporting the accompanying criminal complaint and securing the issuance of an arrest warrant, I have not included each and every fact known to me concerning this investigation.

3. I am thoroughly familiar with the information contained in this affidavit, which I have learned through my investigation, investigations of other law enforcement officers and review of documents. As a result of the investigation, I submit there is probable cause to believe that on or about May 10, 2013 and May 20, 2013, SHANE L. ELDER, white-male, DOB: 05/19/1974, committed the offense of attempted distribution of child pornography, as defined in Title 18, United States Code, Section 2256, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## Investigation

4. On 09/04/13 Deputies Wayne Eubank Jr. and Darren Widdows of the PCSD responded to 240 E. Evans in Princeville in reference to a family trouble call. Upon arrival at the scene they spoke with Jennifer Elder, d.o.b.12/08/82, the wife of Shane Elder d.o.b. 05/19/74. Jennifer Elder reported to deputies that she had discovered a handgun and some "weed", in the laundry room closet, that belonged to her husband Shane. Jennifer also informed deputies that on September 3, 2013 she had discovered an external hard drive in a computer bag in their bedroom. Also in the computer bag were women's underwear and condoms. Jennifer Elder had suspected Shane of infidelity, so that is why she had looked in the computer bag. Upon discovering the external hard drive, that had a USB cable connected to it, she attached the external hard drive to her laptop to see what was on it. Upon opening the hard drive she discovered numerous folders with pornographic titles. When she opened several of the folders she observed adult pornography images/video files. She then opened up a folder titled "New File." Within this folder she observed a large amount of images that she described as child pornography. Jennifer Elder described some of the images to contain female children approximately 4-5 years of age in all different states of dress. Numerous of these images were of minors who were completely naked exposing their genitals. One of the images she described was of a 4-5 year old female lying on a couch touching her genitals. Another image was of a pre-pubescent female, 12-13 years of age giving oral sex to an adult male. Jennifer Elder gave written consent for the search of her residence and digital media from her residence including several computers and hard drives.

5. Peoria County Deputies then made contact with Shane Elder at his place of employment in Princeville, IL. Upon advising him of his Miranda Rights, Shane Elder admitted to the drugs found in the residence to being his. When asked about the child pornography on the hard drive, Elder stated the child pornography must have been on the drive when he purchased it in Maine. Shane Elder was subsequently arrested on drug charges.

6. On September 5, 2013 Jennifer Elder contacted the PCSD and advised there was additional computer equipment at her residence that she wanted to turn over. PCSD Crime Scene Technician Scott Gamboe and myself went to the Elder residence in Princeville. Jennifer Elder signed a consent to search form, and she subsequently turned over additional computer laptops, desktop computers and external hard drives.

7. On September 6, 2013 I obtained a federal search warrant authorizing the search of the computer/digital media that Jennifer Elder had turned over to the PCSD. On September 6, 2013 the search warrant was executed and I began the forensic examination of the digital media. I located items of evidentiary value on four (4) pieces of computer equipment. That being a Maxtor One Touch 4 mini 120 gb external hard drive, a Toshiba 320 gb hard drive that had been removed from a Toshiba Satellite laptop, an Hitachi 250 gb hard drive that had been removed from a Dell Model PP31L laptop and a Toshiba 120 gb hard drive that had been removed from an Acer Aspire laptop. These items of digital media were manufactured outside of the United States and had traveled in foreign commerce.

8. During the forensic examination of the Maxtor One Touch external hard drive, with serial number 2HAP1T33, I observed a folder titled, *New Folder...this one,* located in the following path: F\New Folder ...this one. Within this folder there were three other folders titled, *girls and movies, johanna fitzpatrick* and *limewire*. Located within the *girls and movies* folder was another folder titled *New folder*. Within the *New Folder,* I located fifty-one (51) image files and one (1) video file depicting minors aged from 4 to 13 engaged in sexually explicit conduct, including the lascivious exhibition of their genitals or pubic area, masturbation and oral sex on an adult male. The most recent of these image files was created on the drive in February 2013.

9. I located several other folders that established a connection to Shane Elder. One folder titled, "Pics of Jenni and me" with a creation date of July 16, 2008, had what appeared to be vacation pictures with some being of Shane Elder.

10. Upon examination of the Toshiba hard drive from the Toshiba laptop I found that the operating system's registered owner was S and J Auto. Based on information I received from Jennifer Elder, this was the name of an auto mechanic business that Shane Elder used to have. S and J stood for Shane and Jennifer. There was also only one user account on the system and that again was S and J Auto.

11. One of the programs that had been installed on the Toshiba laptop was Yahoo Messenger. This is a free chat program where users can chat and share pictures via photoshare and send or receive documents. To use the program a user has to create a user account with a screen name. I located two (2) user screen names for the Yahoo Messenger service. They were "urpanties" and "urwetpanties."

12. Whenever a photo sharing session is initiated in Yahoo Messenger from a Vista or Windows 7 machine, a photo sharing folder starting with the letter "S" is created in the Program Data folder. Additionally, randomly assigned numbers and alphanumeric characters are appended to the end of the naming structure. The path for the created "S" folder is as follows: C:\Program Data\Yahoo!\Messenger|PhotoSharing\S(random assigned numbers/characters). The "S" folder is not created immediately when the user initiates the photo sharing session. Once the session is initiated, and as soon as the other Yahoo user accepts the photo sharing invite, the "S" folder is created in the PhotoSharing folder on the initiator's or sender's side. The "S" folder, in itself, is empty until a picture is shared. As soon as an image is shared (sent), a thumbs file "_t.jpg" is created followed by the image file "_m.jpg". The name of this file appears to be a randomly assigned series of alphanumeric characters and is different than the actual file name that was shared from the machine. Additionally, a file with the extension "_m.jpg" is also created once an image is received.

13. During the forensic examination I located seven (7) of the previously described CP image files in the path: C\ProgramData\Yahoo!\Messenger\PhotoSharing. Located in the PhotoSharing folder were four (4) of the previously mentioned "S" folders. Within these "S" folders I located the above-mentioned seven CP images. Each full size image had a corresponding thumbnail image which would be consistent with the sending of an image file. The CP image files that were sent from the initiating computer, being the Toshiba laptop had the following original titles: "-12 radiator.jpg", "!!!!!CUMMY.jpg", "!!11yg (1) (1).jpg", "13pussy.jpg", "!!!++sunchair.jpg", "13.jpg", and -0001(2)g.jpg". These files were sent via Yahoo Messenger PhotoShare on May 10, 2013 and May 20, 2013. It cannot be determined who the receiver of the files were.

14. During my examination of the Toshiba laptop's hard drive I was also able to link it directly to the Maxtor One Touch external hard drive via the SYSTEM registry. The USBSTOR registry key, within the SYSTEM registry hive, contains subkeys which are created when USB devices are plugged into the system. The location of this registry key on a Windows 7 system is: HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Enum\USBSTOR. Within this registry key I located an entry which indicated that the Maxtor One Touch was plugged into the Toshiba laptop. With the Maxtor external hard drive connected to the Toshiba laptop, the user would only have to click and drag an image from the Maxtor external drive into the PhotoShare box within Yahoo Messenger.

15. I was also able to link one of the CP image files, "!!!!!CUMMY.jpg" on the Maxtor external drive to the Toshiba laptop drive. The Recent folder, contains shortcut files that point to data files that were opened on the computer. The examination of the shortcut files can reveal the identities of the recently opened data files. Because the shortcut files contain both the file names and the fully qualified paths of those files, the shortcut files can provide an indication of how the computer system was configured on a given date. The link file for the CP image was found in the "Recent" folder for the S and J Auto user account.

16. I next examined the Hitachi hard drive that had been removed from the Dell laptop. The SYSTEM registry indicated that the registered owner for the operating system was "tasmania" and this was the only user account on the system. Based on my investigation I learned that Shane Elder routinely used "tasmania" as an e-mail address and for other accounts.

17. I examined the Recent folder for link files and again I was able to find links for four (4) CP image files back to the Maxtor One Touch 4 mini external hard drive. Three (3) of the four (4) CP files were ones that had been sent via Yahoo Messenger PhotoShare on May 10 and 20, 2013. These CP files had the following original titles: "-12 radiator.jpg", !!11yg (1) (1).jpg" and "-0001 (2)g.jpg". The Recent folder was found for the user "tasmania".

18. I also was able to locate three (3) user profiles for Yahoo Messenger. These user profiles were, "imtaz74", "urpanties" and "urwetpanties". Again, "imtaz74" was a user name that Shane Elder routinely used, according to Jennifer Elder.

19. During my examination of the Toshiba hard drive, that had been removed from the Acer Aspire laptop, I was able to determine that the registered owner of the operating system was "tasmania" and it was the only user account for the system.

20. Yahoo Messenger was installed on the computer and I was able to locate Yahoo profiles of "urpanties" and "urwetpanties". The "urpanties" profile had saved Yahoo Messenger chats. The user "urpanties", indicated in some of the chat sessions, that he was a 26 year old bi-sexual male from Iowa. "urpanties" also chatted about liking to wear women's underwear. During an interview with Jennifer Elder, she indicated that one of Shane Elder's ex-girlfriends had warned her that Shane was gay and that he liked to wear women's underwear.

21. During my interview with Jennifer Elder, she stated that Shane has worked at FCA manufacturing in Princeville since 2011. He has worked 3rd shift being 11pm-3am, with Friday and Saturdays off.

Shane was laid off either in July or August of 2013 and was recalled back to work on September 2, 2013. His work hours are now 2nd shift 3pm-11pm. Based on his working hours, Shane Elder would not have been at work and could have been home during the time that the CP image files were sent/shared via Yahoo Messenger PhotoShare. Jennifer Elder also stated that when Shane was home he was always on the computer using Yahoo Chat Messenger and that when she would enter the room, Shane would immediately minimize the Yahoo Chat Messenger so that she could not see his chats.

22. Jennifer Elder also reported that her husband Shane Elder, whenever he was at home, was always on the computer using Yahoo Messenger. When she would walk into a room, he would minimize the program so she couldn't see who he was chatting with.

23. On 10/03/2013 at 11:58 A.M., United States Secret Service Agent William Shink and I made contact with Shane Elder at the Super Wal-Mart on North Allen Road in Peoria. Elder was advised that he was not under arrest, but that we needed to speak with him concerning some images on a hard drive that had been seized from his residence on September 4, 2013. Elder stated he understood and when told we would talk with him at the PCSO, he stated that since he did not know where it was located, he would follow us in his personal vehicle.

24. After leaving Wal-Mart and enroute to the Sheriff's Department a decision was made to conduct the interview at the Sheriff's Office sub-station at the Medina Township building in Mossville. Elder then followed us to that location.

25. Upon arriving at the Medina Township, Agent Shink and I again advised Elder that he was not under arrest and did not have to answer our questions, and that he could leave at any time if he wished.

26. Elder was asked about the Maxtor external hard drive and the CP images found on it. Elder stated that he brought the hard drive with him when he moved from Maine to Illinois sometime in 2010. Elder acknowledged that there were images of young females, between the ages of 12-14 years of age naked on the hard drive.

27. Elder explained that he has been using Yahoo Messenger, for several years, to trade pictures with other Yahoo users. Some of the user profile names he uses are: imtaz74, Tasmania, ur panties and urwetpanties. Elder explained that he connected the Maxtor external hard drive to several computers he owned, those being a Toshiba laptop, Dell laptop and an Acer laptop. Elder chatted with other users and when they asked for younger pics of girls, he selected CP images from the external hard

drive and dragged and dropped them into the photoshare box in Yahoo Messenger. When Elder received images of CP, he saved them onto the external hard drive. He used these pictures to send/share with other users on Yahoo Messenger.

28. At one point during the interview, Elder commented that even though he knew he didn't have to follow us to the Medina Township to be interviewed, and that he could have asked for a lawyer, he wanted to talk with us to get things off his mind and come clean.

29. Accordingly, based on the foregoing, your affiant believe that there is probable cause to believe that on May 10th and May 20th, 2013 within the Central District of Illinois, SHANE L. ELDER, white-male, DOB: 05/19/1974, committed the offense of Attempted Distribution of Child Pornography, as defined in Title 18, United States Code, Section 2256, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1), and it is respectfully requested that the accompanying arrest warrant issue authorizing the arrest of the Defendant for said offense.

FURTHER AFFIANT SAYETH NOT:
s/Jeff Avery

_____
Jeff Avery, USSS Special Federal Officer

Subscribed and sworn to before me on October 3, 2013.


s/Chief Judge James E. Shadid

_____
HON. JAMES E. SHADID
United States Chief District Court Judge