

FILED

OCT 23 2013

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-_10108_ |
| | ) | |
| SHANE L. ELDER, | ) | VIO:   Title 18, United States |
| | ) | Code, Sections 2252A(a)(2), |
| Defendant. | ) | 2252A(a)(5)(B), 2252A(b)(1), |
| | ) | 2252A(b)(2), and 2253 |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

### (Distribution of Child Pornography)

On or about May 10, 2013, in the Central District of Illinois, the defendant,

**SHANE L. ELDER,**

knowingly distributed and attempted to distribute child pornography, as defined in

Title 18, United States Code, Sections 2256(8)(A) and 2256(8)(B), that is, the following

files:

| | |
|---|---|
| -12 radiator.jpg | !!!!!CUMMY.jpg |

that have been shipped and transported using any means and facility of interstate

commerce,

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252(b)(1).

1

## Count Two

## (Distribution of Child Pornography)

On or about May 20, 2013, in the Central District of Illinois, the defendant,

**SHANE L. ELDER,**

knowingly distributed and attempted to distribute child pornography, as defined in

Title 18, United States Code, Sections 2256(8)(A) and 2256(8)(B), that is, the following

files:

| | |
|---|---|
| !!11yg (1) (1).jpg | 13pussy.jpg |
| !!!++sunchair.jpg | 13.jpg |
| 0001(2)g.jpg | |

that have been shipped and transported using any means and facility of interstate

commerce,

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252(b)(1).

## Count Three

### (Possession of Child Pornography)

1.       Between on or about September 4 and September 5, 2013, in the Central

District of Illinois, the defendant,

**SHANE L. ELDER,**

knowingly possessed materials that contained images of child pornography, as defined

in Title 18, United States Code, Sections 2256(8)(A) and 2256(8)(B), including, but not

limited to, a Maxtor 120 GB external hard drive, Toshiba Satellite L455 laptop computer,

and Dell Model PP31L laptop computer.

2.       The images of child pornography include images of prepubescent minors

and were produced using materials that had been mailed, shipped, and transported in

interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and

2252(b)(2).

## Notice of Forfeiture

1.     The Grand Jury incorporates by reference in this notice of forfeiture the allegations in counts one through three of the indictment.

2.     Upon his conviction for the offense charged in count, count two, or count three of the indictment, the defendant shall forfeit to the United States:

a.     Any and all visual depictions of children engaged in sexually explicit conduct that were produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code; and

b.     Any personal property used or intended to be used to commit or to promote the commission of such offense.

3.     The property to be forfeited includes, but is not limited to, the following items law enforcement seized by law enforcement on September 4 and 5, 2013, pursuant to the consent of the person referred to herein as "J.E." :

a.     Maxtor 120 GB external hard drive, serial no. 2HAP1T33;

b.     Kyros Model Mid 7012 4 GB tablet, serial no. 094110025477;

c.     PanDigital tablet, serial number 7020000810113940;

d.     Toshiba Satellite L455-S5009 laptop, serial no. 4A429111K;

e.     Acer Aspire 6920 laptop, serial no. 82100481223;

f.     PNY attache thumb drive;

g.     Mini attache 16 GB thumb drive;

h.     Duracell 16 GB thumb drive;

i.     PNY 64 GB thumb drive;

j.      PNY 32 GB thumb drive;

k.      HP 16 GB thumb drive;

l.      PNY 128 MB attache thumb drive;

m.      Sandisk Cruzer 8 GB thumb drive, SDCZ6-8192RB;

n.      Team 16 GB thumb drive;

o.      Toshiba 1 GB thumb drive, 0808BA0008H2EMN;

p.      Team 2 GB thumb drive;

q.      Sandisk Cruzer 512 MB thumb drive, AX0707AMYB;

r.      Shutterfly thumb drive;

s.      PNY 4 GB SDHC SD card, 0928WW1271B;

t.      Sandisk 256 MB SD card, AR0720512026B;

u.      Sandisk 64 MB transflash card;

v.      Dell Laptop Model PP31L, service tag J2T58J1;

w.      Seagate 1 TB external hard drive, serial no. NA056MEB;

x.      Western Digital 80 GB hard drive, serial no. WMAHAL1941356;

y.      Maxtor 160 GB hard drive, serial number Y4852Z1E;

z.      Western Digital  40 GB hard drive, serial number WCAATH691557;

aa.      Hitachi 60 GB hard drive, serial number VNVB02G2C59T6V;

bb.      Dell Inspiron PP20L laptop, service tag 4H6JY91;

cc.      Apple Power Book G4 laptop, model A1046;

dd.      Acer Aspire 560 laptop, serial number PWSC90203501602A306900;

ee.      Dell Latitude, model PP17L, service tag JTMSVC1;

ff.     Turbo 3D desktop computer, serial number 0512293407;

gg.     Dell desktop computer, service tag 71YG4J1; and

hh.     Toshiba laptop hard drive, serial number 23FF2813T.

Pursuant to Title 18, United States Code, Section 2253.

A true bill,

s/Foreperson

_____

FOREPERSON

s/Greggory Walters

_____

JAMES A. LEWIS
UNITED STATES ATTORNEY

grw