IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.   13-10108 ) |
| SHANE L. ELDER | ) ) |
| Defendant. | ) |

CIRCUIT RULE 3(C) DOCKETING STATEMENT
AND JURISDICTIONAL DESIGNATION

Now comes the Defendant, SHANE ELDER, by his undersigned attorney, and pursuant to Circuit Rule 3(c), submits the following jurisdictional statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2. The jurisdiction of the Unites States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C. § 3145(c) and is based on the following particulars.

   i. Date of entry of judgment sought to be reviewed: judgment order entered March 10, 2015, adjudicating defendant guilty of Count I, Distribution of Child Pornography in violation of 18 U.S.C. §§2252A(a)(2) and 2252(b)(1) and Count II, Distribution of Child Pornography in violation of 18 U.S.C. §§2252A(a)(2) and 2252(b)(1) and committing defendant to the custody of

        the BOP for a term of 120 months, 10 years supervised release with special conditions, no fine, $100 special assessment imposed with both Counts to run concurrently.

.    ii.    Filing date of motion for new trial: N/A;

    iii.    Disposition of motion and date of entry: N/A

    iv.    Filing date of notice of appeal: March 11, 2015

        Respectfully submitted,

        SHANE L. ELDER,
        Defendant

        /s/Karl W. Bryning
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: (309) 671-7891
        FAX: (309) 671-7898
        Email: karl_bryning@fd.org

Date: March 11, 2015

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Mr. John Campbell
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602

March 11, 2015.

/s/Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org