# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 13-CR-10108 |
| ) | |
| **SHANE L. ELDER,** ) | |
| ) | |
| **Defendant.** ) | |

## DECLARATION OF PUBLICATION

Notice of Criminal Forfeiture (Attachment 1) was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 13, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Advertisement Certification Report attached hereto as Attachment 2.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2015, at Springfield, Illinois.

JAMES A. LEWIS
UNITED STATES ATTORNEY

By:/s/ Gregory M. Gilmore
Assistant United States Attorney
Illinois Attorney Bar No. 6217499
 318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4044
E-mail: greg.gilmore@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# COURT CASE NUMBER: 13-10108; NOTICE OF FORFEITURE

Notice is hereby given that on November 17, 2014, in the case of <u>U.S. v. SHANE L. ELDER</u>, Court Case Number 13-10108, the United States District Court for the Central District of Illinois entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous computer and electronic equipment (13-USS-001081), including the following items: 1 Maxtor 120 GB External Hard Drive, Ser No: 2HAP1T33; 1 Kyros Model Mid 7012 4GB Tablet, Ser No: 094110025447; 1 PanDigital Tablet, Ser No: 7020000810113940; 1 Toshiba Satellite L455-S5009 Laptop Computer, Ser No: 4A429111K; 1 Acer Aspire 6920 Laptop Computer, Ser No: 82100481223; 1 PNY Attache Thumb Drive; 1 Mini Attache 16 GB Thumb Drive; 1 Duracell 16GB Thumb Drive; 1 PNY 64GB Thumb Drive; 1 PNY 32GB Thumb Drive; 1 HP 16GB Thumb Drive; 1 PNY 128 MB Attache Thumb Drive; 1 Sandisk Cruzer 8 GB Thumb Drive,, Ser No: SDCZ6-8192RB; 1 Team 16GB Thumb Drive; 1 Toshiba 1GB Thumb Drive, Ser No: 0808BA008H2EMN; 1 Team 2GB Thumb Drive; 1 Sandisk Cruzer 512MB Thumb Drive, Ser No: AX0707AMYB; 1 Shutterfly Thumb Drive; 1 PNY 4GB SDHC SD Card, Ser No: 0928WW1271B; 1 Sandisk 256MB SD Card, Ser No: AR0720512026B; 1 Sandisk 64MB Transflash Card; 1 Dell Laptop Computer, Model PP31L, Service Tag J2T58J1; 1 Seagate 1TB External Hard Drive, Ser No: NA056MEB; 1 Western Digital 80GB Hard Drive, Ser No: WMAHAL1941356; 1 Maxtor 160GB Hard Drive, Ser No: Y485Z1E; 1 Western Digital 40GB Hard Drive, Ser No: WCAATH591557; 1 Hitachi 60GB Hard Drive, Ser No: VNVB02G2C59T6V; 1 Dell Inspiron PP20L Laptop Computer, Service Tag 4H6JY91; 1 Apple Power Book G4 Laptop, Model A1046; 1 Acer Aspire 560 Laptop Computer, Ser No: PWSC90203501602A306900; 1 Dell Latitude Laptop Computer, Model PP17L, Service Tag JTM8VC1; 1 Turbo 3d Desktop Computer, Ser No: 051293407; 1 Dell Desktop Computer, Service Tag 71YG4J1; 1 Toshiba Laptop Hard Drive, Ser No: 23FF2813T which was seized from Shane L. Elder on September 04, 2013 at 240 East Evans Street, located in Princeville, IL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 13, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 309 Federal Building, 100 N.E. Monroe, Peoria, IL  61602, and a copy served upon Assistant United States Attorney Gregory Gilmore, 318 South 6th Street, Springfield, IL  62701. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

1:13-cr-10108-JBM-JEH  # 34  Page 3 of 4



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 13, 2014 and January 11, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. SHANE L. ELDER

**Court Case No:** 13-10108
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/13/2014 | 24.0 | Verified |
| 2 | 12/14/2014 | 23.9 | Verified |
| 3 | 12/15/2014 | 24.0 | Verified |
| 4 | 12/16/2014 | 24.0 | Verified |
| 5 | 12/17/2014 | 24.0 | Verified |
| 6 | 12/18/2014 | 24.0 | Verified |
| 7 | 12/19/2014 | 24.0 | Verified |
| 8 | 12/20/2014 | 24.0 | Verified |
| 9 | 12/21/2014 | 24.0 | Verified |
| 10 | 12/22/2014 | 24.0 | Verified |
| 11 | 12/23/2014 | 24.0 | Verified |
| 12 | 12/24/2014 | 23.9 | Verified |
| 13 | 12/25/2014 | 24.0 | Verified |
| 14 | 12/26/2014 | 24.0 | Verified |
| 15 | 12/27/2014 | 24.0 | Verified |
| 16 | 12/28/2014 | 24.0 | Verified |
| 17 | 12/29/2014 | 24.0 | Verified |
| 18 | 12/30/2014 | 24.0 | Verified |
| 19 | 12/31/2014 | 24.0 | Verified |
| 20 | 01/01/2015 | 24.0 | Verified |
| 21 | 01/02/2015 | 23.9 | Verified |
| 22 | 01/03/2015 | 24.0 | Verified |
| 23 | 01/04/2015 | 24.0 | Verified |
| 24 | 01/05/2015 | 24.0 | Verified |
| 25 | 01/06/2015 | 24.0 | Verified |
| 26 | 01/07/2015 | 24.0 | Verified |
| 27 | 01/08/2015 | 24.0 | Verified |
| 28 | 01/09/2015 | 24.0 | Verified |
| 29 | 01/10/2015 | 24.0 | Verified |
| 30 | 01/11/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.