IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-CR-10108 |
| | ) | |
| SHANE L. ELDER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF THE UNITED STATES FOR A FINAL ORDER
OF FORFEITURE, WITH SUPPORTING SUGGESTIONS**

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case for the reasons set forth in the following supporting suggestions. A proposed order is submitted with this motion.

**SUPPORTING SUGGESTIONS**

1.  The Superseding Indictment herein sought forfeiture, pursuant to 18 U.S.C. §2253, of any and all interest the defendant may have in and to all visual depictions of children engaged in sexually explicit conduct which was produced, transported, shipped, received or possessed as alleged in the Indictment; and all property, real or personal, used or intended to be used to commit or promote the commission of the offense charged in the Indictment, including but not limited to the following:

    (a)   One (1) Maxtor 120 GB hard drive, Serial No. 2HAP1T33;

(b) One (1) Kyros Model Mid 7012 4 GB tablet, Serial No. 09411025447;

(c) One (1) PanDigital Tablet, Serial No. 7020000810113940;

(d) One (1) Toshiba Satellite L455-S5009 Laptop, Serial No. 4A429111K;

(e) One (1) Acer Aspire 6920 Laptop, Serial No. 82100481223;

(f) One (1) PNY Attache Thumb Drive;

(g) One (1) Mini Attache 16 GB Thumb Drive;

(h) One (1) Duracell 16 GB Thumb Drive;

(i) One (1) PNY 64 GB Thumb Drive;

(j) One (1) PNY 32 GB Thumb Drive;

(k) One (1) HP 16 GB Thumb Drive;

(l) One (1) PNY 128 MB Attache Thumb Drive;

(m) One (1) Sandisk Cruzer 8 GB Thumb Drive, Serial No. SDCZ6-8192RB;

(n) One (1) Team 16 GB Thumb Drive;

(o) One (1) Toshiba 1 GB Thumb Drive, Serial No. 0808BA0008H2EMN;

(p) One (1) Team 2 GB Thumb Drive;

(q) One (1) Sandisk Cruzer  512 MB Thumb Drive, Serial No. AX0707AMYB;

(r) One (1) Shutterfly Thumb Drive;

(s) One (1) PNY 4 GB SDHC SD Card, Serial No. 0928WW1271B;

(t) One (1) Sandisk 256 MB SD Card, Serial No. AR0720512026B;

(u) One (1) Sandisk 64 MB Transflash Card;

(v) One (1) Dell Laptop Model PP31L,  Service Tag No. J2T58J1;

(w) One (1) Seagate 1 TB External Hard Drive, Serial No. NA056MEB;

(x) One (1) Western Digital 40 GB Hard Drive, Serial No. WMAHAL1941356;

    (y)    One (1) Maxtor 160 GB Hard Drive, Serial No. Y4852Z1E;

    (z)    One (1) Western Digital 40 GB Hard Drive, Serial No. WCAATH691557;

    (aa)    One (1) Hitachi 60 GB Hard Drive, Serial No. VNVB02G2C59T6V;

    (bb)    One (1) Dell Inspiron PP20L Laptop, Service Tag 4H6JY91;

    (cc)    One (1) Apple Power Book G4 Laptop, Model A1046;

    (dd)    One (1) Acer Aspire 560 Laptop, Serial No. PWSC90203501602A306900;

    (ee)    One (1) Dell Latitude, Model PP171, Service Tag JTM8VC1;

    (ff)    One (1) Turbo 3D Desktop Computer, Serial No. 0512193407;

    (gg)    One (1) Dell Desktop Computer, Service Tag 71YG4J1; and

    (hh)    One (1) Toshiba Laptop Hard Drive, Serial No. 23FF2813T.

2. On October 29, 2014, the defendant entered a blind plea of guilty to Counts 1 and 2 of the Indictment (Distribution of Child Pornography), acknowledged that he had used the aforesaid equipment in the commission of the offenses and agreed to the forfeiture of said items.

3. By virtue of the defendant's plea and agreement to forfeiture of the items specified and the evidence presented by the government at the change of plea, this Court found that the government has proven the appropriate nexus between the items sought to be forfeited and the illegal conduct which formed the basis of the forfeiture allegations of the Indictment and entered a Preliminary Order of Forfeiture regarding the above-described property on November 17, 2014.

4. In accordance with 18 U.S.C. §2253(n)(1), the United States properly published notice of the forfeiture of the above-described properties and the requirements for filing a claim for the property for a period of thirty days beginning on

February 23, 2014, on www.forfeiture.gov, an internet site maintained by the U.S. Department of Justice. A Declaration of Publication has been filed herein specifying the details of this publication. All interested parties have been served. Pursuant to 21 U.S.C. §853(n)(2), any person asserting a legal interest in the property subject to forfeiture may, within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of his/her alleged interest in the property.

5.  No claims were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

        Respectfully submitted,

        JAMES A. LEWIS
        UNITED STATES ATTORNEY

        By: /s/ Gregory M. Gilmore
        Assistant United States Attorney
        Illinois Attorney Bar No. 6217499
        318 South 6th Street
        Springfield, Illinois 62701
        (217) 492-4450
        Fax: (217) 492-4044
        E-mail: greg.gilmore@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      /s/ Gregory M. Gilmore
Assistant United States Attorney
Illinois Attorney Bar No. 6217499
318 South 6th Street
Springfield, Illinois 62701
(217) 492-4450
Fax: (217) 492-4044
E-mail: greg.gilmore@usdoj.gov