IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 13-CR-10108 |
| SHANE L. ELDER, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On November 17, 2014, this Court entered a Preliminary Order of Forfeiture and Seizure pursuant to the provisions of 18 U.S.C. §2253, based upon the defendant Shane L. Elder's plea and stipulation to the conduct which forms the basis of the forfeiture allegations of the Indictment;

Commencing on December 13, 2014 and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, THE GOVERNMENT'S MOTION SHALL BE GRANTED

AND IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All right, title and interest in and to the following properties are hereby forfeited to the United States:

   (a) One (1) Maxtor 120 GB hard drive, Serial No. 2HAP1T33;

   (b) One (1) Kyros Model Mid 7012 4 GB tablet, Serial No. 09411025447;

   (c) One (1) PanDigital Tablet, Serial No. 7020000810113940;

   (d) One (1) Toshiba Satellite L455-S5009 Laptop, Serial No. 4A429111K;

   (e) One (1) Acer Aspire 6920 Laptop, Serial No. 82100481223;

   (f) One (1) PNY Attache Thumb Drive;

   (g) One (1) Mini Attache 16 GB Thumb Drive;

   (h) One (1) Duracell 16 GB Thumb Drive;

   (i) One (1) PNY 64 GB Thumb Drive;

   (j) One (1) PNY 32 GB Thumb Drive;

   (k) One (1) HP 16 GB Thumb Drive;

   (l) One (1) PNY 128 MB Attache Thumb Drive;

   (m) One (1) Sandisk Cruzer 8 GB Thumb Drive, Serial No. SDCZ6-8192RB;

   (n) One (1) Team 16 GB Thumb Drive;

   (o) One (1) Toshiba 1 GB Thumb Drive, Serial No. 0808BA0008H2EMN;

   (p) One (1) Team 2 GB Thumb Drive;

   (q) One (1) Sandisk Cruzer 512 MB Thumb Drive, Serial No. AX0707AMYB;

   (r) One (1) Shutterfly Thumb Drive;

(s) One (1) PNY 4 GB SDHC SD Card, Serial No. 0928WW1271B;

(t) One (1) Sandisk 256 MB SD Card, Serial No. AR0720512026B;

(u) One (1) Sandisk 64 MB Transflash Card;

(v) One (1) Dell Laptop Model PP31L, Service Tag No. J2T58J1;

(w) One (1) Seagate 1 TB External Hard Drive, Serial No. NA056MEB;

(x) One (1) Western Digital 40 GB Hard Drive, Serial No. WMAHAL1941356;

(y) One (1) Maxtor 160 GB Hard Drive, Serial No. Y4852Z1E;

(z) One (1) Western Digital 40 GB Hard Drive, Serial No. WCAATH691557;

(aa) One (1) Hitachi 60 GB Hard Drive, Serial No. VNVB02G2C59T6V;

(bb) One (1) Dell Inspiron PP20L Laptop, Service Tag 4H6JY91;

(cc) One (1) Apple Power Book G4 Laptop, Model A1046;

(dd) One (1) Acer Aspire 560 Laptop, Serial No. PWSC90203501602A306900;

(ee) One (1) Dell Latitude, Model PP171, Service Tag JTM8VC1;

(ff) One (1) Turbo 3D Desktop Computer, Serial No. 0512193407;

(gg) One (1) Dell Desktop Computer, Service Tag 71YG4J1; and

(hh) One (1) Toshiba Laptop Hard Drive, Serial No. 23FF2813T.

2. The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

ENTERED this 26th day of March, 2015.

s/Judge Joe B. McDade

U.S. District Judge Joe Billy McDade

3